**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Debora A Williams                    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-13433 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee successor in interest to Wachovia Bank, National Association, as Trustee for Bayview Financial Mortgage Pass-Through Trust 2005-B, Mortgage Pass-Through Certificates, Series 2005-B and index same on the master mailing list.

                                       Respectfully submitted,

                                 /s/ **Mark A. Cronin**
                                 Mark Cronin
                                 22 Nov 2023, 10:38:49, EST

                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106-1532
                                 (215) 627-1322