United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13433-amc |
| Debora A Williams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 19, 2024 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debora A Williams, 1645 N. 8th Street, Philadelphia, PA 19122-2801 |
| 14830442 | | Evolve Bank & Trust, Attn: Bankruptcy, Triad Center 16000 Poplar Ave, Ste 300, Memphis, TN 38119 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 20 2024 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14830436 | + | Email/Text: jvalencia@amhfcu.org | Mar 20 2024 00:19:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14830437 | + | Email/Text: bankruptcy@bmgmoney.com | Mar 20 2024 00:20:00 | BMG Money, Attn: Bankruptcy, 444 Brickell Avenue Suite 250, Miami, FL 33131-2404 |
| 14830438 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 20 2024 00:19:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 14830440 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Mar 20 2024 00:19:00 | CarMax Auto Finance, Attn: Bankruptcy, Po Box 440609, Kennesaw, GA 30160 |
| 14852345 | | Email/Text: megan.harper@phila.gov | Mar 20 2024 00:20:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14830439 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2024 00:39:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14833567 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 20 2024 00:39:48 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14845551 | | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2024 00:19:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14830441 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 20 2024 00:20:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14830447 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2024 00:39:36 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14831108 | ^ | MEBN | Mar 20 2024 00:14:21 | FIRST PORTFOLIO VENTURES II, LLC, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 14830443 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 20 2024 00:19:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14838974 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 23-13433-amc   Doc 26   Filed 03/21/24   Entered 03/22/24 00:32:36   Desc Imaged
                            Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2024 | Form ID: pdf900 | Total Noticed: 40 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14830444 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2024 00:38:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| | | | Mar 20 2024 00:27:31 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14830446 | | Email/Text: camanagement@mtb.com | Mar 20 2024 00:19:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14830448 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 20 2024 00:19:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14843427 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 20 2024 00:19:00 | Mariner finance LLC., 8211 Town Center Dr., Nottingham MD 21236-5904 |
| 14843843 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 20 2024 00:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14841582 | + | Email/Text: bankruptcy@moneylion.com | Mar 20 2024 00:20:00 | MoneyLion Inc., PO Box 1547, Sandy, UT 84091-1547 |
| 14830449 | + | Email/Text: bankruptcy@moneylion.com | Mar 20 2024 00:20:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 14830450 | + | Email/PDF: pa_dc_claims@navient.com | Mar 20 2024 00:27:35 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14843722 | | Email/PDF: cbp@omf.com | Mar 20 2024 00:28:10 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14830460 | + | Email/PDF: cbp@omf.com | Mar 20 2024 00:40:07 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14830462 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2024 00:39:54 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14844420 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2024 00:39:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14830461 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2024 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14847859 | + | Email/Text: bankruptcy@purchasingpower.com | Mar 20 2024 00:20:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg. 2, Suite 1200, Atlanta, GA 30339-6143 |
| 14847653 | | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2024 00:19:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14834819 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 20 2024 00:19:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14830463 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 20 2024 00:19:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14830464 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2024 00:28:10 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14833275 | ^ | MEBN | Mar 20 2024 00:14:20 | U.S. Bank National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14848380 | | Email/Text: camanagement@mtb.com | Mar 20 2024 00:19:00 | U.S. Bank National Association, at. el, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14830465 | | Email/Text: bknotice@upgrade.com | Mar 20 2024 00:19:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14830466 | + | Email/Text: LCI@upstart.com | Mar 20 2024 00:19:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14846362 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 20 2024 00:27:50 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| 14830467 | + | Email/Text: megan.harper@phila.gov Mar 20 2024 00:20:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14830445 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14830451 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14830452 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14830453 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14830454 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14830455 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14830456 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14830457 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14830458 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14830459 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2024                 Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Debora A Williams brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association as Trustee successor in interest to Wachovia Bank, National Association, as Trustee for Bayview Financial Mortgage Pass-Through Trust 2005-B, Mortgage Pass-Through Cert bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

DEBORA A WILLIAMS

Debtor

Chapter 13

Bankruptcy No. 23-13433-AMC

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: March 19, 2024

_____
Honorable Ashely M. Chan
Bankruptcy Judge